FILED'08 MAR 19 09:14 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

GALEN LEE BURNS,

        Petitioner,

    v.

EASTERN OREGON CORRECTIONAL
INSTITUTION,

        Respondent.

Civil No. 07-1664-AC

ORDER

ACOSTA, Magistrate Judge.

    IT IS ORDERED that Petitioner's Motion to Voluntarily Dismiss

Habeas Corpus Petition Without Prejudice (#10) is GRANTED.

    IT IS SO ORDERED.

    DATED this _18th_ day of March, 2008.

                                      John V. Acosta
                                      United States Magistrate Judge

P:\Share\Acosta\07-1664burns0310order.wpd